UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-00006-JMS-CMM |
| | ) | |
| CHAD P. KELLER (01), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation [dkt. 35] that Chad P. Keller's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation [dkt. 35]. The Court finds that Mr. Keller committed Violation Numbers 1, 2, 3, and 4, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt #26]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Chad Keller is sentenced to the custody of the Attorney General or his designee for a period of twenty seven (27) months imprisonment with no supervised release to follow. The Court further recommends to the U.S. Bureau of Prisons to evaluate Mr. Keller for referral or admission to intensive treatment or counseling for both drug addiction and anger management.

So ORDERED.

Date: October 4, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal